JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Ba No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV  89130
702-258-1183 ph/702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### ***

| | |
|---|---|
| JIE SHENG ZHANG, | Case No.:  2:14-cv-00761-JCM-PAL |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE TO WITHDRAW PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY (DKT. 45), AND REQUEST OF COURT VACATE THE MAY 12, 2015, HEARING ON THE MATTER** |
| WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company, and, XIAN M YU, an individual, | |
| Defendants. | |

**COMES NOW PLAINTIFF**, JIE SHENG ZHANG, by and through Counsel of Record, KEMP & KEMP, ATTORNEYS AT LAW, and hereby files PLAINTIFF'S NOTICE TO WITHDRAW PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY (DKT. 45), AND REQUEST OF COURT TO VACATE THE MAY 12, 2015, HEARING ON THE MATTER.

On April 16, 2015, Plaintiff filed his Motion for Extension of Time to Complete Discovery found at Docket 45. Hearing on the matter was thereafter set for May 12, 2015. On April 28, 2015, the parties entered into a Stipulation and Request for Settlement Conference Before Magistrate

1

Judge Leen and Request to Stay Remaining Discovery and Related Deadlines Pending Outcome of Settlement Conference. (Dkt. 48). The Court granted that Stipulation on April 30, 2015. (Dkt. 49).

Pursuant to the Stipulation filed at Docket 48, Plaintiff withdraws his Motion for Extension of Time to Complete Discovery and, hereby, requests the Court vacate the May 12, 2015, hearing date on the matter.

DATED this 4th of May, 2015.

/s/ Victoria L. Neal
JAMES P. KEMP, ESQ.
Nevada Bar No.: 006375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183

*Attorneys for Plaintiff*

IT IS SO ORDERED this 5th day of May, 2015.

Peggy A. Leen
United States Magistrate Judge

2